# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 25-5091                                    September Term, 2025

1:25-cv-00381-ABJ

Filed On: June 19, 2026

National Treasury Employees Union, et al.,

      Appellees

    v.

Russell T. Vought, in his official capacity as
Acting Director of the Consumer Financial
Protection Bureau and Consumer Financial
Protection Bureau,

      Appellants


**BEFORE:**    Srinivasan, Chief Judge; Henderson, Millett*, Pillard*, Wilkins, Katsas, Rao, Walker, Childs*, Pan*, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motion to modify the stay pending appeal, for a limited remand, and to place the appeal in abeyance, the response thereto, and the reply, it is

**ORDERED** that the motion to modify the stay pending appeal be denied and the motion for a limited remand be granted. The court will remand the record for the district court to decide in the first instance whether to modify, suspend, or dissolve the preliminary injunction in light of the Consumer Financial Protection Bureau's issuance of a revised reduction-in-force plan and the other intervening developments identified in the appellants' motion. See Mot. 2, 12–17. The appellees do not oppose a remand for that purpose, see Resp. 6–8, and the remand is limited to enabling the district court to consider only those intervening developments identified in the appellants' motion. It is

**FURTHER ORDERED** that the appellants' request to impose a 45-day limit on the remand, which the appellees oppose, be denied. See Mot. 12; Resp. 7–8. The district court has moved expeditiously throughout this litigation, see Reply 11, and it is assumed that the court would continue to do so on remand. It is

**FURTHER ORDERED** that the appellants' unopposed motion to hold this appeal in abeyance be granted.  See Mot. 18; Resp. 7.  The en banc court will retain jurisdiction over this appeal.  See D.C. Cir. R. 41(b); D.C. Cir. Handbook of Practice & Internal Procedures 35-36 (2025).  The Clerk is directed to transmit a copy of this order to the district court.  The district court is requested to notify this court promptly upon deciding the issues presented by the limited remand.  Absent further direction from this court, the parties are directed to file motions to govern future proceedings in this court no later than 21 days following the district court's decision.

**Per Curiam**

FOR THE COURT:
Clifton B. Cislak, Clerk

BY:   /s/
        Scott H. Atchue
        Deputy Clerk

* Because this court is retaining jurisdiction over the case, Judges Millett, Pillard, Childs, and Pan would wait until the legal questions pending before the *en banc* court are resolved before remanding to the district court.